IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:24-CV-00054

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) **VERIFIED COMPLAINT FOR**<br>) **FORFEITURE *IN REM*** |
| APPROXIMATELY $7,770.00 IN U.S. CURRENCY seized from Jonathan Maurice Logan on or about December 12, 2022, in Buncombe County, North Carolina, | )<br>)<br>)<br>)<br>)<br>) |
| Defendant. | ) |

NOW COMES the United States of America, Plaintiff herein, by Dena J. King, United States Attorney for the Western District of North Carolina, in a civil cause of forfeiture, and respectfully states the following:

## NATURE OF ACTION

1. This is a civil action *in rem* against approximately $7,770.00 in United States Currency ("the Defendant Currency") seized from Jonathan Maurice Logan on or about December 19, 2022, in Buncombe County, North Carolina.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

3. This Court has *in rem* jurisdiction over the Defendant Currency, and venue is proper pursuant to 28 U.S.C. § 1355(b)(1) because acts or omissions giving rise to the forfeiture occurred in the Western District of North Carolina.

4. Venue is also proper pursuant to 28 U.S.C. § 1395 because the Defendant Currency is located in the Western District of North Carolina.

5. The Defendant Currency was seized within and is now within the Western District of North Carolina.

## BASIS FOR FORFEITURE

6. This civil action is brought against the Defendant Currency because it constitutes money furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of 21 U.S.C. §§ 841 and/or 846, proceeds traceable to such an exchange, and/or money used or intended to be used to facilitate a violation of 21 U.S.C. §§ 841 and/or 846, and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

## FACTS

*Background*

7. On December 6, 2022, a federal grand jury in the Western District of North Carolina returned a two-count indictment against Jonathan Maurice Logan. Count One charged Mr. Logan with knowing and intentionally possessing with

intent to distribute 50 grams or more of methamphetamine on or about March 31, 2022, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A). Count Two charged Mr. Logan with knowing and intentionally possessing with intent to distribute 400 grams or more of fentanyl on or about March 31, 2022, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A). *See United States v. Logan*, 1:22-cr-00098-MOC-WCM, Doc. 3.

8. On February 22, 2023, Mr. Logan pleaded guilty to Count One. *See Logan*, 1:22-cr-00098-MOC-WCM, Doc. 24.

9. In support of Mr. Logan's guilty plea, he agreed to a factual basis which, among other things, provides that in February 2022, the Asheville Police Department learned that he was selling fentanyl and marijuana in the West Asheville community. The factual basis further states that on March 31, 2022, Mr. Logan possessed with intent to distribute multiple bags of fentanyl weighing 1,200.5 grams, along with multiple bags of marijuana weighing 33.93 grams.

10. Additionally, the factual basis provides that on March 31, 2022, investigators seized $4,565 in U.S. Currency from Mr. Logan's hotel room, and $6,260 in U.S. Currency from his person. *See Logan*, 1:22-cr-00098-MOC-WCM, Doc. 20. All of this currency was administratively forfeited by the Drug

Enforcement Administration ("DEA"), and Mr. Logan did not contest the forfeiture.

11. On January 18, 2024, the Court sentenced Mr. Logan to 168 months' imprisonment. *See Logan*, 1:22-cr-00098-MOC-WCM, Doc. 37.

12. Mr. Logan has a criminal history that includes additional drug-related offenses.

***Seizure of Defendant Currency***

13. The same day the federal grand jury returned the above-referenced indictment against Mr. Logan, a warrant for his arrest was issued. *Logan*, 1:22-cr-00098-MOC-WCM, Doc. 4. On December 19, 2022, officers with the Asheville Police Department along with a DEA Task Force Officer conducted surveillance at BJ's Food Mart located at 10 Michigan Avenue, Asheville, NC 28806 in an attempt to locate and arrest Mr. Logan.

14. At approximately 5:05 p.m. on December 19, 2022, Detective Beddow with the Asheville Police Department observed a burgundy Dodge Charger parked in front of BJ's Food Mart. This Dodge Charger was the same vehicle that Mr. Logan had been driving earlier. Officers confirmed that Mr. Logan was the driver of the vehicle, and proceeded to take him into custody.

4

15. When the officers searched Mr. Logan, he was found in possession of 44 grams of suspected marijuana and the Defendant Currency.

16. Mr. Logan was charged with possession of marijuana on a state warrant, and was brought by the United States Marshals Service for his initial appearance in federal court on the above-referenced drug charges.

## ADMINISTRATIVE FORFEITURE

17. DEA timely initiated an administrative forfeiture action against the Defendant Currency that was seized in connection with his arrest on December 19, 2022.

18. On November 20, 2023, Mr. Logan filed a claim as to the Defendant Currency.

19. The United States now files this Complaint in response to that claim.

20. The following persons may have or claim an interest in the Defendant Currency:

Jonathan Maurice Logan

## CONCLUSION

21. By virtue of the foregoing, all right, title, and interest in the Defendant Currency vested in the United States at the time of the commission of the unlawful

act giving rise to forfeiture, 21 U.S.C. § 881(h), and has become and is forfeitable to the United States of America.

## PRAYER FOR RELIEF

WHEREFORE, the United States of America respectfully prays the Court that:

(1) a warrant for the arrest of the Defendant Currency be issued;

(2) due notice be given to all parties to appear and show cause why the forfeiture should not be decreed;

(3) judgment be entered declaring the Defendant Currency to be condemned and forfeited to the United States of America for disposition according to law; and

(4) the United States be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action, including but not limited to the expenses of maintenance and protection of the Defendant Currency as required by 28 U.S.C. § 1921.

Respectfully submitted this 16th day of February, 2024.

DENA J. KING
UNITED STATES ATTORNEY

**s/ Jonathan D. Letzring**

JONATHAN D. LETZRING
Assistant United States Attorney
Georgia Bar No. 141651
Room 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina 28801
Telephone No. (828) 271-4661
jonathan.letzring@usdoj.gov

7

# **VERIFICATION**

I am a Task Force Officer with the Drug Enforcement Administration. Pursuant to 28 U.S.C. § 1746, I hereby verify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: 02-15-2024

*Sonia Escobedo*
Sonia Escobedo
DEA Task Force Officer